7230 03/06/2013 2:46 PM

| Form **1120S** | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ See separate instructions. | **2010** |

For calendar year 2010 or tax year beginning _____, ending _____

| A | S election effective date 03/07/88 | | Name PLEMIC GLICK LTD INC. | D | Employer Identification number 22-287. |
|---|---|---|---|---|---|
| B | Business activity code number (see instructions) 531110 | TYPE OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. C/O STEPHEN B. TELLER CPA POST OFFICE BOX 1691 | E | Date incorporated 01/05/1987 |
| C | Check if Sch. M-3 attached ☐ | | City or town, state, and ZIP code POINT PLEASANT BEACH NJ 08742 | F | Total assets (see instructions) $ 1,013,912 |

G  Is the corporation electing to be an S corporation beginning with this tax year?    ☐ Yes   ☒ No    If "Yes," attach Form 2553 if not already filed
H  Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
        (4) ☐ Amended return   (5) ☐ S election termination or revocation
I  Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**
| 1a | Gross receipts or sales | | b Less returns and allowances | | c Bal ▶ | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | | | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | | 3 | |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | | 4 | |
| 5 | Other income (loss) (see instructions – attach statement) | | | | | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | | | | | 6 | |

**Deductions** (see instructions for limitations)
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) | 19 | |
| 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | |

**Tax and Payments**
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2010 estimated tax payments and 2009 overpayment credited to 2010 | 23a | | | |
| b | Tax deposited with Form 7004 | 23b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| d | Add lines 23a through 23c | | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| 27 | Enter amount from line 26 Credited to 2011 estimated tax ▶      Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

Signature of officer  WERNER PLEMIC    Date    Title  PRESIDENT

**Paid Preparer Use Only**
| Print/Type preparer's name Stephen B. Teller | Preparer's signature | Date 03/06/13 | Check ☒ if self-employed | PTIN P00931935 |
| Firm's name ▶ STEPHEN B. TELLER CPA | | | Firm's EIN ▶ 22-1903601 | |
| Firm's address ▶ 1327 BAY AVENUE POINT PLEASANT, NJ 08742 | | | Phone no. 732-892-6987 | |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1120S** (2010)

DAA

7230 03/06/2013 2:46 PM

Form 1120S (2010)   PLEMIC GLICK LTD INC.                              22-287                                    Page 2

## Schedule A   Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach statement) | 4 |
| 5 | Other costs (attach statement) | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a  Check all methods used for valuing closing inventory:   (i) ☐ Cost as described in Regulations section 1.471-3
    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
    (iii) ☐ Other (Specify method used and attach explanation.) ▶
 b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
    inventory computed under LIFO | 9d |
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
    If "Yes," attach explanation.

## Schedule B   Other Information (see instructions)                                                          Yes | No

1  Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶
2  See the instructions and enter the:
   a Business activity ▶ REAL ESTATE              b Product or service ▶ RENTALS
3  At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic
   corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer
   identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a qualified subchapter S subsidiary
   election made? ............................................................................................................... X
4  Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide
   information on any reportable transaction? .............................................................................. X
5  Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount
   Instruments.
6  If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an
   asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in
   the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain
   from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see
   instructions) .............................................................................................. ▶ $
7  Enter the accumulated earnings and profits of the corporation at the end of the tax year. $
8  Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less
   than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 .............................. X
9  During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions .. X

## Schedule K   Shareholders' Pro Rata Share Items                                                  Total amount

| | | | |
|---|---|---|---|
| Income (Loss) | 1  Ordinary business income (loss) (page 1, line 21) | 1 | |
| | 2  Net rental real estate income (loss) (attach Form 8825) | 2 | -12,970 |
| | 3a Other gross rental income (loss) | 3a | |
| | b  Expenses from other rental activities (attach statement) | 3b | |
| | c  Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4  Interest income | 4 | |
| | 5  Dividends: a Ordinary dividends | 5a | |
| | b  Qualified dividends | 5b | |
| | 6  Royalties | 6 | |
| | 7  Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b  Collectibles (28%) gain (loss) | 8b | |
| | c  Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9  Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions)  Type ▶ | 10 | |

Form 1120S (2010)

DAA

7230 03/06/2013 2:46 PM

Form 1120S (2010)  PLEMIC GLICK LTD INC.                    22-287                                    Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11  Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures  (1) Type ▶ ............ (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) ............ Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions) .. Type ▶ | 13d | |
| | e Other rental credits (see instructions) ............ Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) ............ Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) items** | 15a Post-1986 depreciation adjustment | 15a | 2 |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties – gross income | 15d | |
| | e Oil, gas, and geothermal properties – deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18  Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -12,970 |

Form **1120S** (2010)

DAA

7230 03/06/2013 2:46 PM

Form 1120S (2010)  PLEMIC GLICK LTD INC.                                      22-287                                          Page 4

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 1,578 | | 101 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) Stmt 1 | | 646 | | |
| 7 | Loans to shareholders | | 114,601 | | 120,151 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 602,757 | | 602,757 | |
| b | Less accumulated depreciation | ( 104,334 ) | 498,423 | ( 126,294 ) | 476,463 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | 417,197 | | 417,197 |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,032,445 | | 1,013,912 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 90,000 | | 90,000 |
| 18 | Other current liabilities (attach statement) Stmt 2 | | | | 661 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 956,244 | | 950,020 |
| 21 | Other liabilities (attach statement) Stmt 3 | | 145,742 | | 145,742 |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -160,541 | | -173,511 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,032,445 | | 1,013,912 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -12,970 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -12,970 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -12,970 |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -160,397 | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions   Stmt 4 | ( 12,970 ) | | |
| 6 | Combine lines 1 through 5 | -173,367 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -173,367 | | |

DAA                                                                                              Form **1120S** (2010)

7230 03/08/2013 2:46 PM

**Form 8825**
(Rev. December 2010)
Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on back.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

| Name | Employer identification number |
|---|---|
| PLEMIC GLICK LTD INC. | 22-287 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | RESIDENTIAL DWELLINGS/VAIL ROAD<br>20 VAIL ROAD<br>BLAIRSTOWN    NJ    07825 | 2<br>Multi-Fam Residence | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| 2 | Gross rents | 2 | 76,440 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | 60 | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | 6,729 | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | 23,839 | | | |
| 10 | Repairs | 10 | 14,070 | | | |
| 11 | Taxes | 11 | 16,962 | | | |
| 12 | Utilities | 12 | 3,863 | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | 21,960 | | | |
| 15 | Other (list) ▶ See Statement 5 | 15 | 1,927 | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | 89,410 | | | |
| 17 | Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | -12,970 | | | |

| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 76,440 |
|---|---|---|---|
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( 89,410 ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

b  Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

(1) Name                                                                                        (2) Employer identification number

| 21 | Net rental estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>• Form 1065 or 1120S: Schedule K, line 2, or<br>• Form 1065-B: Part I, line 4 | 21 | -12,970 |
|---|---|---|---|

For Paperwork Reduction Act Notice, see back of form.                                                                                             Form **8825** (12-2010)
DAA

671110

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1 (Form 1120S)** 2010
Department of the Treasury
Internal Revenue Service

For calendar year 2010, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
22-287-

**B** Corporation's name, address, city, state, and ZIP code
PLEMIC GLICK LTD INC.
C/O STEPHEN B. TELLER CPA
POST OFFICE BOX 1691
POINT PLEASANT BEACH NJ 08742

**C** IRS Center where corporation filed return
e-file

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
157-30-

**E** Shareholder's name, address, city, state, and ZIP code
WERNER A. PLEMIC
24 MAPLE LANE
BLAIRSTOWN    NJ 07825

**F** Shareholder's percentage of stock ownership for tax year .................. 50.000000 %

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|------|--------|---|------|--------|
| 1 | Ordinary business income (loss) | | 13 | Credits | |
| 2 | Net rental real estate income (loss) | -6,485 * | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | A | 15 | Alternative minimum tax (AMT) items | 1 |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | U* STMT |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2010

DAA

For IRS Use Only

671110

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
**2010**
Department of the Treasury
Internal Revenue Service
For calendar year 2010, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate Instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
22-287

**B** Corporation's name, address, city, state, and ZIP code
PLEMIC GLICK LTD INC.
C/O STEPHEN B. TELLER CPA
POST OFFICE BOX 1691
POINT PLEASANT BEACH NJ 08742

**C** IRS Center where corporation filed return
e-file

### Part II — Information About the Shareholder

**D** Shareholder's Identifying number
152-40-

**E** Shareholder's name, address, city, state, and ZIP code
PAMELA C. PLEMIC
24 MAPLE LANE
BLAIRSTOWN    NJ 07825

**F** Shareholder's percentage of stock ownership for tax year .................... 50.000000 %

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 13 | Credits |
| 2 * | Net rental real estate income (loss)  -6,485 | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 A | Alternative minimum tax (AMT) items  1 |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | | |
| | | | 17 U* | Other Information  STMT |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2010

DAA

For IRS Use Only

7230  PLEMIC GLICK LTD INC.
22-2873270
FYE: 12/31/2010

**Federal Statements**
**WERNER A. PLEMIC**
**157-30**

3/6/2013  2:46 PM

### Schedule K-1, Box 17, Code U - Other Information

| Description | Shareholder Amount |
|---|---|
| LOSS MAY BE LIMITED UNDER THE AT-RISK RULES. CONSULT YOUR TAX ADVISOR. | |

| 7230 PLEMIC GLICK LTD INC. | **Federal Statements** | 3/6/2013 2:46 PM |
|---|---|---|
| 22-2873270 | **PAMELA C. PLEMIC** | |
| FYE: 12/31/2010 | **152-40-** | |

### Schedule K-1, Box 17, Code U - Other Information

| Description | Shareholder Amount |
|---|---|
| LOSS MAY BE LIMITED UNDER THE AT-RISK RULES. CONSULT YOUR TAX ADVISOR. | |

7230 03/06/2013 2:46 PM

## Rent and Royalty Worksheet

Form **1120/ 1120S**  For calendar year 2010 or tax year beginning _____, ending _____   **2010**

Name: PLEMIC GLICK LTD INC.

Employer Identification Number: 22-287

### Property Description
RESIDENTIAL DWELLINGS/VAIL ROAD
20 VAIL ROAD
BLAIRSTOWN    NJ    07825

### Type of Activity
- Rental Real Estate [X]
- Other Rental Property [ ]
- Royalty Property [ ]

## Income and Expenses

**Income**
| | |
|---|---:|
| Gross rents | 76,440 |
| Gross royalties | |
| Income from sale of property reported on Form 4797, line 17 (S Corporation) | |
| Other income | |
| **Total income** | **76,440** |

**Expenses**
| | |
|---|---:|
| Advertising | 60 |
| Auto and travel | |
| Cleaning and maintenance | |
| Commissions | |
| Insurance | 6,729 |
| Legal and professional | |
| Interest | 23,839 |
| Repairs | 14,070 |
| Taxes | 16,962 |
| Utilities | 3,863 |
| Wages and salaries | |
| Depreciation | 21,960 |
| Depletion (C Corporation) | |
| Other expenses | 1,927 |
| **Total expenses** | **89,410** |
| **Net income (loss) from this property** | **-12,970** |

| Form **1120S** | **Summary Rent and Royalty Worksheet** | | | **2010** |
|---|---|---|---|---|
| | For calendar year 2010 or tax year beginning , ending | | | |

| Name | Employer Identification Number |
|---|---|
| PLEMIC GLICK LTD INC. | 22-28' |

| | Rental Real Estate | Other Rental | Royalty |
|---|---|---|---|
| RESIDENTIAL DWELLINGS/VAIL ROAD | -12,970 | | |
| Grand Total | -12,970 | 0 | 0 |

| 7230  PLEMIC GLICK LTD INC. | | |
|---|---|---|
| 22-287 | **Federal Statements** | 3/6/2013 2:46 PM |
| FYE: 12/31/2010 | | |

### Statement 1 - Form 1120S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| MORTGAGE ESCROW | $ 646 | $ |
| Total | $ 646 | $ 0 |

### Statement 2 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| CASH IN BANK | $ | $ 383 |
| MTGE ESCROW-SYNERGY BK | | 278 |
| Total | $ 0 | $ 661 |

### Statement 3 - Form 1120S, Page 4, Schedule L, Line 21 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| LOAN PAYABLE - D. GLICK | $ 54,931 | $ 54,931 |
| LOAN PAYABLE - GLICK REALTY | 85,811 | 85,811 |
| LOAN PABLE-F. GLICK INC | 5,000 | 5,000 |
| Total | $ 145,742 | $ 145,742 |

### Statement 4 - Form 1120S, Page 4, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Net Real Estate Loss | $ 12,970 |
| Total | $ 12,970 |

| 7230 PLEMIC GLICK LTD INC. | |
|---|---|
| 22-287 | **Federal Statements** |
| FYE: 12/31/2010 | 3/6/2013 2:46 PM |

### Statement 5 - Form 8825, Line 15 - Other Expenses

| Description | Amount |
|---|---:|
| BANK CHARGES | $ 229 |
| GROUNDS MAINTEANCE | 1,472 |
| SUPPLIES | 226 |
| Total | $ 1,927 |

5

| | |
|---|---|
| 7230  PLEMIC GLICK LTD INC. | 3/6/2013  2:46 PM |
| 22-287 | |
| FYE: 12/31/2010 | |

## Shareholder Rental Report
### WERNER A. PLEMIC
### 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

#### Schedule K-1, Rental Real Estate, Other Rental and Royalties

| Description | Rental Real Estate Box 2 | Other Rental Box 3 | Royalties Box 6 |
|---|---|---|---|
| RESIDENTIAL DWELLINGS/VAIL ROA | -6,485 | | |
| Shareholder Total | -6,485 | 0 | 0 |

| | |
|---|---|
| 7230  PLEMIC GLICK LTD INC. | 3/6/2013  2:46 PM |
| 22-287 | |
| FYE: 12/31/2010 | |

# Shareholder Rental Report
## PAMELA C. PLEMIC
## 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

### Schedule K-1, Rental Real Estate, Other Rental and Royalties

| Description | Rental Real Estate Box 2 | Other Rental Box 3 | Royalties Box 6 |
|---|---|---|---|
| RESIDENTIAL DWELLINGS/VAIL ROA. | -6,485 | | |
| Shareholder Total | -6,485 | 0 | 0 |